# Third District Court of Appeal

## State of Florida

Opinion filed July 13, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1981
Lower Tribunal Nos. F08-5735A, F08-3129A

————————

**Darwin Bois,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Marlene Fernandez-Karavetsos, Judge.

Darwin Bois, in proper person.

Ashley Moody, Attorney General, and Sonia Perez, Assistant Attorney General, for appellee.

Before EMAS, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed.